# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

128338

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES NORBERT GREEN,
　　　　　Plaintiff-Appellant,

v

SC: 128338
COA: 250706
Oakland CC: 2002-044342-CZ

PROVIDENCE MEDICAL CENTER,
GARY MARCH, MARY ANN KRIER,
and BRENDA DUNHAM,
　　　　　Defendants-Appellees.

_____/

　　　　　On order of the Court, the application for leave to appeal the February 17, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

Clerk